AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
Nguyen Ty Van

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN TY VAN,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | No. 5:26-cv-03673-HDV-DTB<br>**~~[PROPOSED]~~ JUDGMENT** |

It is hereby Ordered that: (1) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted and judgment is entered consistent with the reasons and findings set forth in the Petitioner's Motion for a Preliminary Injunction granted in part by the District Court (Docket No. 21) on July 28, 2026; and (2) if Petitioner is re-detained, Respondents must follow their own regulations and provide Petitioner with (A) notice "of the reasons for revocation" of his release and (B) "an initial informal interview promptly" after his return to custody as an "opportunity to respond to the reasons for revocation stated in the notification." 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(3). If Petitioner continues to be detained after the informal interview, he must be scheduled for the "normal review process." 8 C.F.R. §§ 241.13(i)(2); 241.4(l)(3).

DATED: 08/19/26

By ______________________________

HON. HERNAN D. VERA
United States District Judge

Presented by:

*/s/ Jonathan C. Aminoff*
Jonathan C. Aminoff
Deputy Federal Public Defender